*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   November 13, 2014               106032
                                                       106064
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                    Respondent,
        v                                  MEMORANDUM AND ORDER

CODEY A. ROYCE,
                    Appellant.
_____

Calendar Date:   October 6, 2014

Before:   Lahtinen, J.P., McCarthy, Egan Jr., Devine and
          Clark, JJ.

                        _____


        Lisa A. Burgess, Indian Lake, for appellant.

        Mary E. Rain, District Attorney, Canton (Patricia C.
Campbell, Syracuse, of counsel), for respondent.

                        _____


Clark, J.

        Appeal from a judgment of the County Court of St. Lawrence
County (Richards, J.), rendered April 3, 2013, convicting
defendant upon his plea of guilty of the crimes of robbery in the
second degree and attempted burglary in the second degree.

        Defendant was charged in two indictments with various
crimes arising from his theft of property on two separate
occasions.  In satisfaction of these indictments and other
pending charges, defendant pleaded guilty to robbery in the
second degree and attempted burglary in the second degree and
waived his right to appeal.  In accordance with the terms of the
plea agreement, County Court imposed concurrent sentences of five

years in prison and five years of postrelease supervision on the robbery conviction, and three years in prison and three years of postrelease supervision on the burglary conviction. Defendant now appeals.

Defendant contends that his guilty plea was not knowing, voluntary and intelligent because County Court failed to advise him that he would be subject to an enhanced sentence as a second felony offender on any future felony conviction. Although this claim survives his waiver of appeal, defendant has failed to preserve it by making an appropriate postallocution motion (see People v Leach, 119 AD3d 1429, 1430 [2014], lv denied 24 NY3d 962 [2014]; People v Tole, 119 AD3d 982, 983 [2014]; People v Monk, 113 AD3d 999 [2014], lv denied 23 NY3d 1065 [2014]). Moreover, given that defendant did not make any statements inconsistent with his guilt when entering his plea, the narrow exception to the preservation requirement is inapplicable (see People v Monk, 113 AD3d at 999; People v Dobrouch, 59 AD3d 781, 781-782 [2009], lv denied 12 NY3d 853 [2009]). Therefore, the judgment must be affirmed.

Lahtinen, J.P., McCarthy, Egan Jr. and Devine, JJ., concur.


ORDERED that the judgment is affirmed.




ENTER:

Robert D. Mayberger
Clerk of the Court